SHARLENE D. LEE, ESQ., SB#274033
slee@npwlaw.com
ALISA S. EDELSON, ESQ., SB#216269
aedelson@npwlaw.com@npwlaw.com
NEVERS, PALAZZO, PACKARD,
WILDERMUTH & WYNNER, PC
31248 Oak Crest Drive, Suite 200
Westlake Village, California 91361
Telephone: (818) 879-9700
Facsimile: (818) 879-9680

Attorneys for Plaintiff Virun, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| VIRUN, INC.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CYMBIOTIKA LLC, a limited liability company; CHERVIN JAFARIEH, an individual; SHABAB ELMI, an individual; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | CASE NO.: 8:22-cv-00325-SSS(DFMx)<br><br>**NOTICE OF ERRATA RE SEALED DECLARATION OF PHILIP BROMLEY IN SUPPORT OF PLAINTIFF VIRUN, INC.'S RENEWED APPLICATION FOR LEAVE TO FILE UNDER SEAL EXHIBITS A AND B TO THE SUPPLEMENTAL DECLARATION OF PHILIP BROMLEY SUBMITTED IN SUPPORT OF REPLY TO OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION (Doc. #87)**<br><br>Discovery Cutoff:  None Set<br>Trial Date:　　　 None Set |

　　　　PLEASE TAKE NOTICE, that on August 25, 2022, Plaintiff Virun, Inc. filed the Sealed Declaration of Philip Bromley in Support of Plaintiff Virun, Inc.'s Renewed Application for Leave to File Under Seal Exhibits A and B to the Supplemental Declaration of Philip Bromley Submitted in Support of Reply to Opposition to Motion for Preliminary Injunction (the "Sealed Declaration"). (Doc.

1

#87.) Exhibits A and B (unredacted versions) to the Sealed Declaration were inadvertently omitted from the filing.[1]

Concurrently with the filing of this Notice of Errata, Virun is filing under seal the Amended Sealed Declaration of Philip Bromley in Support of Plaintiff Virun, Inc.'s Renewed Application for Leave to File Under Seal Exhibits A and B to the Supplemental Declaration of Philip Bromley Submitted in Support of Reply to Opposition to Motion for Preliminary Injunction, which attaches the inadvertently omitted Exhibits A and B.  This document is Doc.# 90 named SEALED DECLARATION IN SUPPORT OF RENEWED APPLICATION TO FILE DOCUMENT UNDER SEAL[86] FILED BY PLAINTIFF VIRUN, INC.. (Attachments: # (1) Exhibit A, # (2) Exhibit B).

DATED:  August 26, 2022         Nevers, Palazzo, Packard,
                                Wildermuth & Wynner, PC


                        By:     /s/ Sharlene D. Lee
                                Sharlene D. Lee
                                Alisa S. Edelson
                                Attorneys for Plaintiff Virun, Inc.

W:\Working\22804\08\W0496946.DOCX v2

---

[1] Redacted versions of Exhibits A and B were filed as Exhibits 2 and 3, respectively, to the Declaration of Sharlene D. Lee, Esq. (Doc. #86-1, 86-3, and 86-4.)