SHEPPARD MULLIN RICHTER & HAMPTON LLP
KENT R. RAYGOR, Cal. Bar No. 117224
kraygor@sheppardmullin.com
KAZIM A. NAQVI, Cal. Bar No. 300438
knaqvi@sheppardmullin.com
1901 Avenue of the Stars, 16th Floor
Los Angeles, California  90067
Telephone:  (310) 228-3700
Facsimile:  (310) 228-3701

SHEPPARD MULLIN RICHTER & HAMPTON LLP
DARREN M. FRANKLIN, Cal. Bar No. 210939
dfranklin@sheppardmullin.com
333 South Hope Street, 43rd Floor
Los Angeles, California  90071-1422
Telephone:  (213) 620-1780
Facsimile:  (213) 620-1398

Attorneys for Plaintiff and Counterdefendant VIRUN, INC. and Third-Party Defendant PHILIP BROMLEY

JOHN SHAEFFER, Cal. Bar No. 138331
jshaeffer@foxrothschild.com
JEFFREY H. GRANT, Cal. Bar No. 218974
jgrant@foxrothschild.com
FOX ROTHSCHILD LLP
10250 Constellation Boulevard, Suite 900
Los Angeles, California  90067
Telephone:  (310) 598-4150
Facsimile:  (310) 556-9828

Attorneys for Defendant, Counterclaimant and Third-Party Complainant CYMBIOTIKA LLC, and Defendants CHERVIN JAFARIEH and SHAHAB ELMI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRUN, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CYMBIOTIKA LLC, a limited liability company; CHERVIN JAFARIEH, an individual; SHAHAB ELMI, an individual; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 8:22-cv-00325-WLH (DFMx)<br><br>*Honorable Wesley L. Hsu*<br><br>**NOTICE OF SETTLEMENT AND JOINT STIPULATION TO VACATE CASE SCHEDULE**<br><br>*[Filed concurrently with [Proposed] Order]*<br><br>Complaint filed:　March 1, 2022<br>Trial Date:　　　July 9, 2024 |

-1-

|  |  |
|---|---|
| 1 | CYMBIOTIKA LLC, a limited liability company, |
| 2 | |
| 3 | Counterclaimant, |
| 4 | v. |
| 5 | VIRUN, INC., a Delaware corporation, and Roes 1 to 10 inclusive. |
| 6 | Counterclaim Defendants. |
| 7 | |
| 8 | CYMBIOTIKA LLC, a limited liability company, |
| 9 | |
| 10 | Third-Party Complainant, |
| 11 | v. |
| 12 | PHILIP BROMLEY, an individual, |
| 13 | Third-Party Defendant. |

-2-

This Notice of Settlement and Stipulation is entered into by and between Plaintiff and Counterdefendant Virun, Inc. ("**Virun**") and Third-Party Defendant Philip Bromley ("**Bromley**"), on the one hand, and Defendant, Counterclaimant and Third-Party Complainant Cymbiotika, LLC ("**Cymbiotika**") and Defendants Chervin Jafarieh ("**Jafarieh**") and Shahab Elmi ("**Elmi**"), on the other hand (Virun, Bromley, Cymbiotika, Jafarieh, and Elmi shall collectively be referred to herein as the "**Parties**"), who, by and through their respective counsel, hereby agree and stipulate to the following:

WHEREAS, on September 19, 2023, the Court granted the Parties' joint stipulation to continue trial and trial-related dates, and issued a scheduling order [ECF Dkt. 178] (the "Scheduling Order");

WHEREAS, on December 21, 2023, the Parties executed a non-binding term sheet to memorialize the terms of a full and complete settlement of all claims, counterclaims, and third party claims (the "Term Sheet");

WHEREAS, the Parties now desire to complete their settlement in principal by finalizing a comprehensive settlement agreement and any related agreements;

WHEREAS, the Parties respectfully request that the Court vacate the Scheduling Order, as well as all pending hearings and case deadlines, so that the Parties can finalize settlement;

WHEREAS, the Parties respectfully request that the Court schedule a status conference at least 90 days out; and

WHEREAS, if the Parties finalize settlement and file requests for dismissal with prejudice before the scheduled status conference, then the status conference can be vacated.

## **STIPULATION**

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties through their counsel of record herein, and subject to the Court's approval, that:

1. The Scheduling Order is vacated.
2. All pending hearing dates and case deadlines are vacated.
3. The Court shall schedule a status conference at least 90 days out.

Dated: December 21, 2023     SHEPPARD MULLIN RICHTER & HAMPTON LLP

By     */s/ Kazim A. Naqvi*
       KAZIM A. NAQVI

Attorneys for Plaintiff and Counter-Defendant VIRUN, INC. and Third-Party Defendant PHILIP BROMLEY

Dated: December 21, 2023     FOX ROTHSCHILD LLP

By     */s/ John J. Shaeffer*
       JOHN J. SHAEFFER

Attorneys for Defendant, Counterclaimant and Third-Party Complainant CYMBIOTIKA LLC, and Defendants CHERVID JAFARIEH and SHAHAB ELMI

**ATTESTATION**

Pursuant to C.D. CAL. LOCAL RULE 5-4.3.4(a)(2)(i), I hereby attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: December 21, 2023    SHEPPARD MULLIN RICHTER & HAMPTON LLP

By  */s/ Kazim A. Naqvi*
    KAZIM A. NAQVI

Attorneys for Plaintiff and Counter-Defendant VIRUN, INC. and Third-Party Defendant PHILIP BROMLEY