UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRUN, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CYMBIOTIKA LLC, a limited liability company; CHERVIN JAFARIEH, an individual; SHAHAB ELMI, an individual; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 8:22-cv-00325-WLH (DFMx) <br><br> **ORDER REGARDING NOTICE OF SETTLEMENT AND JOINT STIPULATION TO VACATE CASE SCHEDULE [202]** |
| CYMBIOTIKA LLC, a limited liability company, <br><br> Counterclaimant, <br><br> vs. <br><br> VIRUN, INC., a Delaware corporation, and Roes 1 to 10 inclusive. <br><br> Counterclaim Defendants. | |
| CYMBIOTIKA LLC, a limited liability company, <br><br> Third-Party Complainant, <br><br> vs. <br><br> PHILIP BROMLEY, an individual, <br><br> Third-Party Defendant. | |

The Court, having reviewed the notice of settlement and stipulation (Docket No. 202), and good cause appearing therefore, hereby **ORDERS THAT**:

1. The Scheduling Order (Docket No. 178) is hereby vacated;
2. All pending hearing dates and case deadlines are vacated;
3. The Court sets an order to show cause regarding dismissal for March 1, 2024, at 1:00 p.m.  If the Parties finalize settlement and file requests for dismissal with prejudice by February 23, 2024, then the matter will be taken off calendar and no appearance by counsel will be required.

**IT IS SO ORDERED.**

Dated:  December 28, 2023

_____
HON.  WESLEY L. HSU
UNITED STATES DISTRICT JUDGE