SHEPPARD MULLIN RICHTER & HAMPTON LLP
KENT R. RAYGOR, Cal. Bar No. 117224
kraygor@sheppardmullin.com
KAZIM A. NAQVI, Cal. Bar No. 300438
knaqvi@sheppardmullin.com
1901 Avenue of the Stars, 16th Floor
Los Angeles, California 90067
Telephone: (310) 228-3700
Facsimile: (310) 228-3701

SHEPPARD MULLIN RICHTER & HAMPTON LLP
DARREN M. FRANKLIN, Cal. Bar No. 210939
dfranklin@sheppardmullin.com
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone: (213) 620-1780
Facsimile: (213) 620-1398

Attorneys for Plaintiff and Counterdefendant VIRUN,
INC. and Third-Party Defendant PHILIP BROMLEY

JOHN SHAEFFER, Cal. Bar No. 138331
jshaeffer@foxrothschild.com
JEFFREY H. GRANT, Cal. Bar No. 218974
jgrant@foxrothschild.com
FOX ROTHSCHILD LLP
10250 Constellation Boulevard, Suite 900
Los Angeles, California 90067
Telephone: (310) 598-4150
Facsimile: (310) 556-9828

Attorneys for Defendant, Counterclaimant and Third-
Party Complainant CYMBIOTIKA LLC, and Defendants
CHERVIN JAFARIEH and SHAHAB ELMI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRUN, INC., | Case No. 8:22-cv-00325-WLH (DFMx) |
| Plaintiff, | *Honorable Wesley L. Hsu* |
| v. | **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. 41(a)(1)(A)(ii)** |
| CYMBIOTIKA LLC, a limited liability company; CHERVIN JAFARIEH, an individual; SHAHAB ELMI, an individual; and DOES 1 through 10, inclusive, | |
| Defendants. | Complaint filed: March 1, 2022 Trial Date: July 9, 2024 |

SMRH:4865-3269-5720.1

-1-

1  CYMBIOTIKA LLC,  a limited liability
   company,
2
                    Counterclaimant,
3
           v.
4
   VIRUN, INC., a Delaware corporation,
5  and Roes 1 to 10 inclusive.
6                  Counterclaim Defendants.

7  _____

8  CYMBIOTIKA LLC, a limited liability
   company,
9
                    Third-Party Complainant,
10
           v.
11
   PHILIP BROMLEY, an individual,
12
                    Third-Party Defendant.
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

This Joint Stipulation for Dismissal with Prejudice is entered into by and between Plaintiff and Counterdefendant Virun, Inc. ("**Virun**") and Third-Party Defendant Philip Bromley ("**Bromley**"), on the one hand, and Defendant, Counterclaimant and Third-Party Complainant Cymbiotika, LLC ("**Cymbiotika**") and Defendants Chervin Jafarieh ("**Jafarieh**") and Shahab Elmi ("**Elmi**"), on the other hand (Virun, Bromley, Cymbiotika, Jafarieh, and Elmi shall collectively be referred to herein as the "**Parties**"), who, by and through their respective counsel, hereby agree and stipulate to the following:

WHEREAS, on March 1, 2022, Virun initiated this lawsuit through the filing of its *Complaint* against Cymbiotika, Jafarieh, and Elmi [ECF Dkt. 1];

WHEREAS, on August 31, 2022, Virun filed its *First Amended Complaint* against Cymbiotika, Jafarieh, and Elmi [ECF Dkt. 93];

WHEREAS, on September 14, 2022, Cymbiotika filed its *Counterclaim* against Virun [ECF Dkt. 99];

WHEREAS, on September 23, 2022, Cymbiotika filed its *First Amended Counterclaim* against Virun [ECF Dkt. 104];

WHEREAS, on September 23, 2022, Cymbiotika filed its *Third-Party Complaint* against Bromley [ECF Dkt. 105];

WHEREAS, on February 24, 2023, Cymbiotika filed its *Second Amended Counterclaim* against Virun [ECF Dkt. No. 140];

WHEREAS, on February 24, 2023, Cymbiotika filed its *Amended Third-Party Complaint* against Bromley [ECF Dkt. No. 141];

WHEREAS, on August 11, 2023, Cymbiotika filed its *Third Amended Counterclaim* against Virun [ECF Dkt. No. 163];

WHEREAS, on August 11, 2023, Cymbiotika filed its Second *Amended Third-Party Complaint* against Bromley [ECF Dkt. No. 164];

WHEREAS, on December 21, 2023, the Parties executed a non-binding term sheet to memorialize the terms of a full and complete settlement of all claims,

counterclaims, and third party claims;

WHEREAS, on December 21, 2023, the Parties filed a Notice of Settlement [ECF Dkt. 202];

WHEREAS, on December 28, 2023, the Court vacated the Scheduling Order and all pending dates, and scheduled an order to show cause regarding dismissal on March 1, 2024 [ECF Dkt. 204];

WHEREAS, on February 22, 2024, the Parties executed the final Settlement Agreement and related agreements;

WHEREAS, pursuant to the final Settlement Agreement, the Parties now seek to dismiss all claims, counterclaims, and third-party claims **with prejudice**;

WHEREAS, the Parties shall bear their own costs and fees in connection with this Action and Settlement;

WHEREAS, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this matter may be dismissed by the filing of a stipulation of dismissal signed by all parties who have appeared.

## **STIPULATION**

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties through their counsel of record herein, and subject to the Court's approval, that:

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the undersigned parties stipulate that this entire action, including all claims, counterclaims, and third-party claims, shall be dismissed **with prejudice**.  The dismissal shall be effective upon the filing of this Joint Stipulation.

1    Dated: February 23, 2024          SHEPPARD MULLIN RICHTER & HAMPTON LLP

2
                                       By    _____
3                                                    */s/ Kazim A. Naqvi*
                                                    KAZIM A. NAQVI
4                                      Attorneys for Plaintiff and Counter-Defendant
                                       VIRUN, INC. and Third-Party Defendant
5                                      PHILIP BROMLEY

6

7
     Dated: February 23, 2024          FOX ROTHSCHILD LLP
8
                                       By    _____
9                                                    */s/ John J. Shaeffer*
                                                    JOHN J. SHAEFFER
10
                                       Attorneys for Defendant, Counterclaimant and
11                                     Third-Party Complainant CYMBIOTIKA LLC,
                                       and Defendants CHERVID JAFARIEH and
12                                     SHAHAB ELMI

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## **ATTESTATION**

Pursuant to C.D. Cal. Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  February 23, 2024          SHEPPARD MULLIN RICHTER & HAMPTON LLP

By _____*/s/ Kazim A. Naqvi*_____
                           KAZIM A. NAQVI

Attorneys for Plaintiff and Counter-Defendant
VIRUN, INC. and Third-Party Defendant
PHILIP BROMLEY

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28